**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| GOLDEN WEST HOLDINGS TRUST,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE,<br><br>      Defendants. | No. CV 05-2237-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Intervenor Wachovia Bank, N.A.'s ("Wachovia Bank") Motion to Permit Client Representative to Appear Telephonically at Rule 16 Conference and Request for Expedited Consideration. (Dkt.# 39)  Good cause appearing,

**IT IS ORDERED** that Wachovia Bank's Motion to Permit Client Representative to Appear Telephonically at Rule 16 Conference (Dkt.# 39) is **GRANTED**.

**IT IS FURTHER ORDERED** that Wachovia Bank's client representative shall call the Court at 3:55 p.m. local time on Thursday, July 12, 2007, on a clear landline at 602-322-7555.

DATED this 29th day of June, 2007.

Stephen M. McNamee
United States District Judge