**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GOLDEN WEST HOLDINGS TRUST, | No. CV-05-2237-PHX-SMM (lead) |
| Plaintiff, | CV-05-2238-PHX-SMM (cons) |
| | CV-05-2239-PHX-SMM (cons) |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| AND RELATED CASES | |

Pending before the Court is the United States' Motion to Excuse Appearance of Official at Rule 16 Conference. (Dkt. 41)  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the United States' Motion to Excuse Appearance of Official at Rule 16 Conference. (Dkt. 41)

**IT IS FURTHER ORDERED** that Deborah S. Meland, Chief of the Tax Division's Office of Review and the individual with full settlement authority in this matter, shall be reasonably available for consultation by telephone if necessary.

DATED this 9th day of July, 2007.

Stephen M. McNamee
United States District Judge