**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| GOLDEN WEST HOLDINGS TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and<br>INTERNAL REVENUE SERVICE,<br><br>    Defendants. | No. CV 05-2237-PHX-SMM<br><br>**ORDER** |

Defendant United States filed a motion to sell seized property (Dkt. 46). Plaintiffs opposed the motion, contending that the minimum bids proposed by the United States were insufficient. The Court granted the parties 15 days to brief the issue of whether any legal or statutory restrictions apply to the sale price of the property (Dkt. 49). The parties then filed a stipulation agreeing to reserve prices for the property (Dkt. 51). In accordance with the stipulation, and for good cause shown,

**IT IS HEREBY ORDERED** granting Defendant United States of America's Motion for an Order Permitting Sale of Seized Property (Dkt. 46), pursuant to the following terms of the parties' stipulation (Dkt. 51):

(1) The IRS may proceed to sell at public auction, after the proper notice and advertising according to law and regulation, the vehicles identified in Appendix A, attached.

(2) Any vehicle that does not sell for at least the reserve price set forth in Appendix A shall be stored by the IRS until further Order or the written agreement of the parties to modify the reserve price.

1  (3)  The IRS may apply the sale proceeds to the costs of sale and storage of all property seized from the plaintiffs, and then the net proceeds shall be deposited with Donald Powell of Arizona, the bankruptcy counsel of William Wadman, to be held in a blocked account pending further order of the Bankruptcy Court.

DATED this 7th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge

- 2 -

APPENDIX A

The vehicles under seizure are as follows:

| Year-Make-Model | Reserve Price | VIN |
| --- | --- | --- |
| 1964 Buick Riviera | $12,160 | 7K1107646 |
| 1970 Lincoln Mark III | 8,760 | 0Y89A806872 |
| 1979 Cadillac Coupe DeVille | 4,080 | 6D47599283110 |
| 1978 Cadillac Seville | 4,920 | 6S69B8Q480202 |
| 1986 Rolls Royce Silver Spur | 20,160 | SCAZN42A2GCX14265 |
| 1960 Ford Thunderbird | 12,800 | 0Y71Y174284 |
| 1967 Mercury Cougar XR7 | 12,640 | 7F93C615985 |
| 1981 Chevy El Camino SS | 4,320 | 1GCCW80J9BR451235 |
| 1977 Lincoln Continental Mark V | 6,440 | 7Y89A804303 |
| 1964 Chevy Corvair Convertible | 5,520 | 40967W241745 |
| 1965 Ford Thunderbird | 9,200 | 5Y87Z129832 |
| 1969 Ford Mustang Gr. Coupe | 12,080 | 9R01H157215 |
| 1985 Mercedes 380 SL | 10,360 | WDBBA45C0FA021495 |
| 1967 Ford Thunderbird | 6,720 | 7Y82Q145954 |
| 1962 Ford Thunderbird Convert. | 24,880 | 2Y85Z142700 |
| 1966 Oldsmobile Toronado | 10,240 | 396876M532940 |
| 1966 Chevy Corvair Coupe | 3,200 | 105376L105353 |
| 1958 Lincoln Continental Mk III | 6,600 | H8YE414732 |

Total  $175,080