**WO**

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   GOLDEN WEST HOLDINGS TRUST, )
                                 )        No.  CV 05-2237-PHX-SMM
10            Plaintiff,          )
                                 )
11   vs.                         )
                                 )        **ORDER**
12   UNITED STATES OF AMERICA and)
     INTERNAL REVENUE SERVICE,   )
13                               )
              Defendants.        )
14   _____)

15          A judicial sale is pending and the parties have submitted a stipulation requesting

16   an Order in the nature of interpleader of the sale proceeds. (Dkt. 53.) In accordance with the

17   stipulation, and for good cause shown,

18          **IT IS HEREBY ORDERED** that pursuant to Rule 22 of the Federal Rules of Civil

19   Procedure, the IRS may deposit the proceeds of the judicial sale with this Court. The Court

20   will enter a further Order to disburse the funds upon the stipulation of the parties or after a

21   properly noticed motion. The net proceeds shall be deposited with Donald Powell of Arizona,

22   the bankruptcy counsel of William Wadman, to be held in a blocked account pending further

23   order of the Bankruptcy Court.

24          DATED this 28th day of March, 2008.

25

26

27                                         Stephen M. McNamee
                                           United States District Judge
28