**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GOLDEN WEST HOLDINGS TRUST, ) | No. CV 05-2237-PHX-SMM |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| UNITED STATES OF AMERICA and ) INTERNAL REVENUE SERVICE, ) | |
| Defendants. ) | |

A judicial sale of seized property was permitted by Order dated February 7, 2008. (Dkt. 52.) An Order in the nature of interpleader of the sale proceeds was granted, permitting the IRS to deposit the proceeds of the judicial sale with this Court. (Dkt. 54, Order dated Mar. 28, 2008.) The Court stated that it will enter an Order to disburse the funds upon "stipulation of the parties or after a properly noticed motion." (Id.) To date, no such stipulation or motion has been filed. Accordingly,

**IT IS HEREBY ORDERED** directing the parties to file a stipulation or properly noticed motion regarding disbursement of the proceeds of the judicial sale, such stipulation or motion to be filed by **July 11, 2008**.

DATED this 6th day of June, 2008.

Stephen M. McNamee
United States District Judge