**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Golden West Holdings Trust, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> United States of America, and Internal ) <br> Revenue Service, ) <br> ) <br> Defendants. ) <br> ) | No. CV-05-2237-PHX-SMM (Lead) <br> No. CV-05-2239-PHX-JAT (Consol.) <br> No. CV-05-2238-PHX-JAT (Consol.) <br><br> **ORDER** |

Before the Court is the parties' Stipulated Motion for Extension of Time (Dkt. 57). The parties request that the deadlines for completing discovery and filing dispositive motions be extended because documents upon which the Internal Revenue Service relied in making the jeopardy levy at issue in these consolidated matters may not be disclosed without authorization from the Financial Crimes Enforcement Network. Defendants have requested the documents, but it is not evident that the documents will be provided. Therefore the parties request an extension to permit brief additional discovery to collect the underlying information from alternative sources. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation and Request for Order to Amend Case Management Order (Dkt. 57).

**IT IS FURTHER ORDERED** that the last day to complete discovery in this case is extended to **August 29, 2008**.

1  **IT IS FURTHER ORDERED** that the last day to file dispositive motions in this
2  case is extended to **September 19, 2008.**
3  **IT IS FURTHER ORDERED** that all other provisions in the Scheduling Order
4  dated July 13, 2007 (Dkt. 45) shall remain in effect.
5  DATED this 18th day of June, 2008.

_____
Stephen M. McNamee
United States District Judge