**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Golden West Holdings Trust, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, and Internal Revenue Service, <br><br> Defendants. | No. CV-05-2237-PHX-SMM (Lead) <br> No. CV-05-2239-PHX-JAT (Consol.) <br> No. CV-05-2238-PHX-JAT (Consol.) <br><br> **ORDER** |

Before the Court is the parties' Stipulation and Request for Order to Disburse Proceeds of Judicial Sale (Dkt. 59).

The United States and Plaintiffs William Wadman, Tri-Star Real Estate Investment, and Golden West Holdings Trust, have stipulated that the proceeds of a judicial sale on deposit with this Court (Dkt. 55) shall be transferred to the bankruptcy estate of plaintiff William G. Wadman for further disposition by the Bankruptcy Court. Upon the stipulation of the parties (Dkt. 59) and for good cause shown,

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to mail a check made payable to "Donald Powell c/o Estate of William Wadman" in the total amount of $121,260.00, plus any interest that has accrued to Donald Powell (Carmichael & Powell, 7301 North 16th Street, Suite 103, Phoenix AZ 85020-5297), the bankruptcy counsel of plaintiff William Wadman, to be held in a blocked account pending further

order of the Bankruptcy Court. Because the United States claims the fund, the Clerk is directed to include in the funds disbursed the return of any registry fees charged against the deposited funds.

DATED this 7th day of July, 2008.

Stephen M. McNamee
United States District Judge