**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GOLDEN WEST HOLDINGS TRUST, | No. CV 05-2237-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE, | |
| Defendants. | |

Before the Court is the United States' Second Motion to Permit Sale of Seized Property (Dkt. 61). Plaintiffs do not oppose this motion. (Dkt. 62.) Accordingly,

**IT IS HEREBY ORDERED** granting the Second Motion to Permit Sale of Seized Property (Dkt. 61).

**IT IS FURTHER ORDERED** that the IRS may proceed to sell at public auction, after the proper notice and advertising according to law and regulation, the vehicles identified in Appendix A, attached, without minimum bid.

//

//

//

//

1    **IT IS FURTHER ORDERED** that the IRS may apply the sale proceeds to the costs
2 of sale and storage of all property seized from the plaintiffs, and then the net proceeds shall
3 be deposited with Donald Powell of Arizona, the bankruptcy counsel of William Wadman,
4 to be held in a blocked account pending further order of the Bankruptcy Court.

5    DATED this 9th day of September, 2008.

_____
Stephen M. McNamee
United States District Judge

# APPENDIX A

The vehicles remaining under seizure are as follows:

| Year-Make-Model | VIN |
| --- | --- |
| 1970 Lincoln Mark III | 0Y89A806872 |
| 1978 Cadillac Seville | 6S69B8Q480202 |
| 1960 Ford Thunderbird | 0Y71Y174284 |
| 1967 Mercury Cougar XR7 | 7F93C615985 |
| 1977 Lincoln Continental Mark V | 7Y89A804303 |
| 1985 Mercedes 380 SL | WDBBA45C0FA021495 |
| 1967 Ford Thunderbird | 7Y82Q145954 |
| 1966 Chevy Corvair Coupe | 105376L105353 |