**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Golden West Holdings Trust, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>United States of America, and Internal Revenue Service,<br><br>  Defendants. | No. CV-05-2237-PHX-SMM (Lead)<br>No. CV-05-2239-PHX-JAT (Consol.)<br>No. CV-05-2238-PHX-JAT (Consol.)<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion for Extension of Time (Dkt. 64). The parties request that the deadline for filing dispositive motions be extended because a declarant for Defendants could not be located to sign his declaration on September 19, 2008. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Extension of Time to File Dispositive Motions and Request for Order (Dkt. 64).

**IT IS FURTHER ORDERED** that the last day to file dispositive motions in this case is extended to **September 26, 2008.**

///

///

///

///

1 **IT IS FURTHER ORDERED** that all other provisions in the Scheduling Order
2 dated July 13, 2007 (Dkt. 45) shall remain in effect.

4 DATED this 22nd day of September, 2008.

Stephen M. McNamee
United States District Judge