**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Golden West Holdings Trust, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>United States of America, and Internal Revenue Service,<br><br>             Defendants. | No. CV-05-2237-PHX-SMM (Lead)<br>No. CV-05-2239-PHX-JAT (Consol.)<br>No. CV-05-2238-PHX-JAT (Consol.)<br><br>**ORDER** |

Before the Court is United States' Motion to File Exhibits by Non-Electronic Means (Dkt. 75). The Clerk of Court issued a Notice to Filer of Deficiency on October 1, 2008 stating that certain exhibits submitted in support of United States' motion for summary judgment were illegible. United States' counsel has re-scanned the documents at a higher resolution to make them readable, but the documents are now too large to submit by Electronic Case Filing procedures. Good cause appearing,

**IT IS HEREBY ORDERED** granting United States' Motion to File Exhibits by Non-Electronic Means (Dkt. 75).

///

///

1   **IT IS FURTHER ORDERED** that United States will submit these exhibits to the
2   Clerk of Court and opposing counsel on a CD-ROM disk containing the high-resolution
3   files along with a copy of this Order.

4   DATED this 20th day of October, 2008.

                                              Stephen M. McNamee
                                              United States District Judge