**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Golden West Holdings Trust, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, and Internal Revenue Service, <br><br> Defendants. | No. CV-05-2237-PHX-SMM (Lead) <br> No. CV-05-2239-PHX-JAT (Consol.) <br> No. CV-05-2238-PHX-JAT (Consol.) <br><br> **ORDER** |

Before the Court is Plaintiffs' Motion for Extension of Time to File a Response to Defendant's Motion for Summary Judgment (Dkt. 77). On October 20, 2008, the Court granted the United States' motion to file exhibits by non-electronic means in support of its motion for summary judgment because certain exhibits were illegible. Plaintiffs allege that they have not completed review of the motion and documentary evidence by the time a response is due on October 27, 2008. In addition, Plaintiffs allege that they are in the process of obtaining certain evidence located outside of the United States. Therefore, Plaintiffs request additional time to respond to the motion for summary judgment. Counsel for Defendants does not oppose this request. Good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion for Extension of Time to File a Response to Defendant's Motion for Summary Judgment (Dkt. 77).

1     **IT IS FURTHER ORDERED** that the last day for Plaintiffs to file a response to
2 the motion for summary judgment is extended to **December 4, 2008**.
3     **IT IS FURTHER ORDERED** that all other provisions in the Scheduling Order
4 dated July 13, 2007 (Dkt. 45) shall remain in effect.
5     DATED this 28th day of October, 2008.

_____
Stephen M. McNamee
United States District Judge