**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Golden West Holdings Trust, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, and Internal Revenue Service, <br><br> Defendants. | No. CV-05-2237-PHX-SMM (Lead) <br> No. CV-05-2239-PHX-JAT (Consol.) <br> No. CV-05-2238-PHX-JAT (Consol.) <br><br> **ORDER** |

Before the Court is the parties' Stipulation for Extension of Time to File United States' Reply to Intervenor Wachovia Bank (Dkt. 84). Intervenor Wachovia Bank responded to the United States' motion for summary judgment on time. Meanwhile, the Court granted Plaintiffs an extension of the time to respond. Therefore, the United States requests an extension of the time to reply to Intervenor Wachovia Bank so that this reply will be due at the same time as the reply to Plaintiffs. As a result, the United States will be on the same schedule for all parties. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Extension of Time to File United States' Reply to Intervenor Wachovia Bank (Dkt. 84).

**IT IS FURTHER ORDERED** that the last day for the United States to file a reply to Intervenor Wachovia Bank is extended to **December 19, 2008**.

1 **IT IS FURTHER ORDERED** that all other provisions in the Scheduling Order dated July 13, 2007 (Dkt. 45) shall remain in effect.

DATED this 15th day of November, 2008.

_____
Stephen M. McNamee
United States District Judge