**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Golden West Holdings Trust, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, and Internal Revenue Service, <br><br> Defendants. | No. CV-05-2237-PHX-SMM (Lead) <br> No. CV-05-2239-PHX-JAT (Consol.) <br> No. CV-05-2238-PHX-JAT (Consol.) <br><br> **ORDER** |

Under Rule 41(b) of the Federal Rules of Civil Procedure, "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action . . ." In <u>Link v. Wabash Railroad Co.</u>, 370 U.S. 626, 629-31 (1962), the Supreme Court recognized that a federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute, even though the language of Rule 41(b) of the Federal Rules of Civil Procedure appears to require a motion from a party. Moreover, in appropriate circumstances, the Court may dismiss a complaint for failure to prosecute even without notice or hearing. <u>Id.</u> at 633.

Plaintiffs have the general duty to prosecute this case. <u>Fidelity Phila. Trust Co. v. Pioche Mines Consol., Inc.</u>, 587 F.2d 27, 29 (9th Cir. 1978). On September 26, 2008, Defendants filed a motion for summary judgment (Dkt. 66). The Court granted Plaintiffs' request to extend the time for filing a response to Defendants' motion for summary

1  judgment and ordered that the last day for Plaintiffs to file a response was December 4,
2  2008 (Dkt. 80, Order dated October 28, 2008).  Plaintiffs have not filed the required
3  response or answering memoranda to Defendants' motion for summary judgment.  See
4  LRCiv 7.2(i).  Plaintiffs shall show cause why this matter should not be dismissed for
5  failure to prosecute or to comply with these rules or a court order.  Accordingly,

6      **IT IS HEREBY ORDERED** setting a show cause hearing before the Honorable
7  Stephen M. McNamee for **Monday, February 2, 2009 at 9:30 a.m.** in Courtroom 605,
8  401 West Washington Street, Phoenix, Arizona 85003.

9      **IT IS FURTHER ORDERED** that Defendants' counsel may appear
10 telephonically at the show cause hearing.  Defendant's counsel shall telephone Judge
11 McNamee's chambers at (602) 322-7555, no later than **9:25 a.m.**, on February 2, 2009.
12     DATED this 8th day of January, 2009.

_____
Stephen M. McNamee
United States District Judge